IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No:   12-cr-00045-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**8.  JOHN LEWIS**, a/k/a "Butch,"

    Defendant.

## ORDER

The Court has considered the government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 of the United States Sentencing Guidelines being fully advised, it is hereby

ORDERED that Government's Motion for Three Level Acceptance of Responsibility Reduction Pursuant to § 3E1.1 of the United States Sentencing Guidelines [ECF Doc. No. 697], filed April 15, 2013, is **GRANTED.**  It is further

ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by §3E1.1(a) and (b) of the United States Sentencing Guidelines.

Dated: May 1, 2013.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE